**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 04-7772**

———————————

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

WILLIAM EDWARD HINES,

                              Defendant - Appellant.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  James R. Spencer, District Judge.  (CR-02-52)

———————————

Submitted:  March 25, 2005          Decided:  April 25, 2005

———————————

Before MOTZ, KING, and GREGORY, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

William Edward Hines, Appellant Pro Se.  N. George Metcalf, Assistant United States Attorney, Richmond, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William Edward Hines appeals the district court's order granting the Government's motion to reduce his sentence under Fed. R. Crim. P. 35(b). We conclude the district court did not abuse its discretion when it granted the Government's Rule 35(b) motion without holding an evidentiary hearing. See <u>United States v. Pridgen</u>, 64 F.3d 147, 149-50 (4th Cir. 1995). Accordingly, we affirm the decision of the district court. We also deny Hines's motion for bond. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>